Case 4:25-cv-01934   Document 11   Filed on 09/30/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 01, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JALIL M. L. | § |
| | § |
| VS | § CIVIL ACTION NO. H-25-1934 |
| | § |
| COMMISSIONER of the | § |
| SOCIAL SECURITY ADMINISTRATION | § |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion to Dismiss (Doc. No. 7) and Judge Bennett's Memorandum and Recommendation (Doc. No. 10) that the motion should be granted. Defendant neither responded to the motion nor did he object to the Memorandum and Recommendation and the time for doing so has passed.

The Court notes that in the Memorandum and Recommendation, the Magistrate Judge noted that the Motion to dismiss was not responded to and thus under our Local Rules would normally be considered unopposed. The Local Rules of the Southern District of Texas state that "[f]ailure to respond to a motion will be taken as a representation of no opposition." S. Dist. Tex. L.R. 7.4; *see also* Hanen L.R. 7(D). Therefore, if controlling the local rules would allow the Court to grant Defendant's motion as it should be considered unopposed.

Nevertheless, the Fifth Circuit has explained that 'although we have endorsed the adoption of local rules that require parties to file responses to opposed motions, we have not approved the automatic grant, upon failure to comply with such rules, of motions that are dispositive of the litigation. *See Johnson v. Pettiford*, 442, F.3d 917, 918 (5th Cir. 2006) (citing *Johnson v. Louisiana*, 757 F.2d 698, 707-09 (5th Cir. 1985); *Ramsey v. Signal Delivery Serv.*, 631 F.2d 1210, 1213-14 (5th Cir. 2980)). In other words, where a party does not respond to a summary judgment motion, such

failure does not permit the court to enter a "default" summary judgment. *Eversley v. Mbank Dall.*, 843 F.2d 172, 174 (5th Cir. 1988).

This Court notes that the Magistrate Judge followed the Circuit's dictates and performed the required review and did not enter a "default" dismissal. Instead, he meticulously walked through and weighed the law and the evidence.

Upon review, the Court agrees with the Magistrate Judge's conclusion. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No.10) is **ADOPTED**, and Defendant's Motion to Dismiss (Doc. No. 7) is **GRANTED**. This case is **DISMISSED** without prejudice.

Entry of this Order shall constitute Final Judgment.

SIGNED, this 30th day of September 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE